1  Abraham J. Colman (SBN 146933)
   Raagini Shah (SBN 268022)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA  90071-1514
   Telephone:   +1 213 457 8000
4  Facsimile:    +1 213 457 8080

5  Attorneys for Defendants
   BANK OF AMERICA CORPORATION
6  and BANK OF AMERICA, N.A.
   (erroneously sued as "FIA Card Services,
7  N.A.")

8

                    UNITED STATES DISTRICT COURT
9
                 SOUTHERN DISTRICT OF CALIFORNIA
10

11  SAM ATHERTON                        Case No.  '15CV1030 H     NLS

12                    Plaintiff,        [Removal from Superior Court of
                                        California, County of San Diego, Case
13         vs.                          No. 37-2015-00011831-CL-MC-CTL]

14  BANK OF AMERICA CORPORATION,        **NOTICE OF REMOVAL OF CIVIL**
    FIA CARD SERVICES, N.A.,            **ACTION UNDER 28 U.S.C. § 1441(a)**
15
                      Defendant.        **[FEDERAL QUESTION]**
16

17

18

19

20

21

22

23

24

25

26

27

28

*REED SMITH LLP*
*A limited liability partnership formed in the State of Delaware*

– 1 –
NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendants Bank of America Corporation and Bank of America, N.A. (erroneously sued as "FIA Card Services, N.A.")[1] (collectively "Defendants") hereby remove this action described below from the Superior Court of California for the county of San Diego to the United States District Court for the Southern District of California, pursuant to Sections 1331 and 1441 of Title 28 of the United States Code ("U.S.C.").  The removal is based on the following:

**I.       REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1441**

1.       On April 8, 2015, Plaintiff Sam Atherton filed a complaint in the Superior Court of California for the County of San Diego, entitled *Atherton v. Bank of America Corporation et al.*, Case No. 37-2015-00011831-CL-MC-CTL (hereinafter the "State Court Action").  The Complaint alleges causes of action for (1) Violation of the Federal Fair Debt Collection Practices Act ("FDCPA"), 15 USC §§ 1692 *et seq;* and (2) Violation of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788, *et seq.*  The Complaint, Summons, and other State Court Action documents are attached hereto as **Exhibit A**, as required by 28 U.S.C. §1446(a).

2.       This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that it is a civil action arising under the laws of the United States, specifically the FDCPA.

3.       This Court also has supplemental jurisdiction over Plaintiff's RFDCPA claim as this claim arises from the same core operative facts relating to the alleged

---

[1] Although Plaintiff has named "FIA Card Services, N.A." as the defendant in his Complaint, FIA Card Services, N.A. merged into and with Bank of America, N.A., effective October 1, 2014.

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)

1   violations of the FDCPA.  Accordingly, Plaintiff's state law claim is related to

2   Plaintiff's federal question claim, and thereby forms a part of the same case and

3   controversy pursuant to 28 U.S.C. § 1367(a).

4   **II.   THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE**

5   **SATISFIED**

6   1.   Defendants were served with the Complaint on April 9, 2015.  This

7   Notice of Removal is timely in that it is filed within thirty days after receipt by the

8   Defendants of a copy of the initial pleading setting forth the removable claim.  *See* 28

9   U.S.C. § 1446(b).

10   2.   The Superior Court of California for the County of San Diego is located

11   within the United States District Court for the Southern District of California.  Thus

12   venue is proper in this Court because it is the "district and division embracing the

13   place where such action is pending."  28 U.S.C. § 1441(a).

14   3.   In compliance with 28 U.S.C. § 1446(d), Defendants will serve on

15   Plaintiff and will file with the Clerk of the Superior Court for the County of San

16   Diego, a written "Notice to the Clerk of the Superior Court of the County of San

17   Diego and Notice To Adverse Parties of Filing of Notice of Removal of Civil Action

18   to Federal Court," attaching a copy of this Notice of Removal and all supporting

19   papers.

20   4.   No previous application has been made for the relief requested herein.

21   *///*

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)

1

2    WHEREFORE, Defendants respectfully remove this action from the California

3 Superior Court for the County of San Diego to this Court pursuant to 28 U.S.C.

4 §§ 1331 and 1441.

5

6 DATED: May 8, 2015                          REED SMITH LLP

7

8                                             By: */s/ Raagini Shah*_____
                                                  Abraham J. Colman
9                                                 Raagini Shah
                                                  Attorneys for Defendants
10                                                BANK OF AMERICA CORPORATION
                                                  and BANK OF AMERICA, N.A.
11                                                (erroneously sued as "FIA Card Services,
                                                  N.A.")
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441(a)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware